

AO 442 (Rev. 11/11) Arrest Warrant

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
3/7/2019
JULIA C. DUDLEY, CLERK
BY: S/J.Vasquez
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Ritchie Triplett | ) Case No. 5:19-cr-00008-11 |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ritchie Triplett,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Drug Conspiracy

Date: 03/05/2019

*Issuing officer's signature* — For J. Vasquez, Deputy Clerk

City and state: Harrisonburg, VA

Honorable Elizabeth K. Dillon
*Printed name and title*

### Return

This warrant was received on *(date)* 3/5/19, and the person was arrested on *(date)* 3/7/19
at *(city and state)* Harrisonburg, VA.

Date: 3/7/19

DARYL BENDER  Digitally signed by DARYL BENDER
Date: 2019.03.07 10:53:06 -05'00'
*Arresting officer's signature*

Daryl Bender    DUSM
*Printed name and title*